# Exhibit 3

**Symbotic Inc. Loss Chart**
**Class Period: February 8, 2024 through November 26, 2024**

| | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $27.04 |
| Joseph De John | 11/22/2024 | 400 | ($39.55) | ($15,820.00) | | | | | | | |
| | 11/22/2024 | 150 | ($39.05) | ($5,857.50) | | | | | | | |
| | 11/25/2024 | 100 | ($38.80) | ($3,880.00) | | | | | | | |
| | 11/25/2024 | 100 | ($38.50) | ($3,850.00) | | | | | | | |
| | 11/25/2024 | 100 | ($38.00) | ($3,800.00) | | | | | | | |
| | | 850 | | ($33,207.50) | | | | | 850 | $22,983.41 | ($10,224.10) |