# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY ADAM TRAINA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SYMBOTIC INC., RICHARD B. COHEN, THOMAS C. ERNST, CAROL J. HIBBARD, and WALTER ODISHO,<br><br>　　　　Defendants. | Case No. 1:24-cv-12976-DJC<br><br>CLASS ACTION |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Jeffrey Adam Traina ("Lead Plaintiff") and Additional Plaintiff Joseph De John (collectively, "Plaintiffs") hereby voluntarily dismiss the above-captioned action as to Maria G. Freve, without prejudice, with each party bearing its own attorney's fees and costs. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no compensation to give any such compensation has been made.

Dated: July 11, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Shannon L. Hopkins

Shannon L. Hopkins (BBO# 657485)
Gregory M. Potrepka
David C. Jaynes
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

Email: djaynes@zlk.com

*Attorneys for Lead Plaintiff*


**THE ROSEN LAW FIRM, P.A.**


/s/ *Jacob A. Goldberg*

Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: ghaklay@rosenlegal.com

*Additional Counsel for Additional Plaintiff Joseph De John*

## CERTIFICATE OF SERVICE

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 11, 2025.

Dated: July 11, 2025

*/s/Shannon L. Hopkins*
Shannon L. Hopkins